UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT E. PARKES, | ) | 3:18-CV-0263-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 6, 2020 |
| ISIDRO BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of **Brian Ward** who is no longer an employee of the Nevada Department of Corrections (ECF No. 13). However, the Attorney General has filed the last known addresses of this defendant under seal (ECF No. 14). If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

The Clerk shall ISSUE a summons for the above-named defendant and send the same to the U.S. Marshal with the address provided under seal (ECF No. 14). The Clerk shall also SEND one copy of the complaint (ECF No. 5), the screening order (ECF No. 4), and this order to the U.S. Marshal for service on the defendant. The Clerk shall SEND to plaintiff one USM-285 form. Plaintiff shall have until **Wednesday, January 22, 2020,** to complete the USM-285 service form and return them to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

If plaintiff fails to follow this order, the above-named defendant will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:            /s/            
Deputy Clerk